

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-18-00173-CR**

**IN RE ROBERT WHITFIELD**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

In this original proceeding, Relator Robert Whitfield seeks a writ of mandamus compelling Respondent Brian Evans, Freestone County District Attorney, to respond to Whitfield's motion for early termination of his obligation to register as a sex offender. *See* TEX. CODE CRIM. PROC. ANN. art. 62.404 (West 2018).

A court of appeals has no jurisdiction to issue a writ of mandamus against a district attorney except to protect its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West Supp. 2017). Whitfield's petition does not allege facts that require us to protect our jurisdiction, so we do not have jurisdiction to decide his petition for writ of mandamus against the District Attorney.

We thus dismiss the petition for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed May 30, 2018
Do not publish
[OT06]

